# United States Bankruptcy Court
## District of Puerto Rico

IN RE: _____  Case No. _____

**OSORIO FERNANDEZ, ENRIQUE JOSE & MUNIZ MIRO, VANESSA**  Chapter **13** _____
                    Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: **9/03/2005** _____  ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                          Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **60** = $ **12,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **12,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **12,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **1,230.00**

Signed: **/s/ ENRIQUE JOSE OSORIO FERNANDEZ**
        Debtor

        **/s/ VANESSA MUNIZ MIRO**
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____    Cr. _____    Cr. _____
# _____     # _____      # _____
$ _____     $ _____      $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____     # _____      # _____
$ _____     $ _____      $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____     # _____      # _____
$ _____     $ _____      $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **DORAL FINANCIAL (    DORAL FINANCIAL (    See Attached**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____     # _____      # _____
$ _____     $ _____      $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**DEBTOR CONSENTS TO THE LIFT OF STAY IN FAVOR OF POPULAR AUTO. PAID BY THIRD PARTY.**

---

Attorney for Debtor **R. FIGUEROA CARRASQUILLO ATTORNEY AT LAW** _____ Phone: **(787) 744-7699** _____

CHAPTER 13 PAYMENT PLAN

IN RE <u>OSORIO FERNANDEZ, ENRIQUE JOSE & MUNIZ MIRO, VANESSA</u>   Case No. _____
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
**Continuation Sheet - Page 1 of 1**

|  | Cr | # | $ |
|---|---|---|---|
| **Debtor Otherwise maintains regular payments directly to:** | **RELIABLE FINANCIA** <br> **RELIABLE FINANCIA** | | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only